STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
969 Hilgard Avenue #1012
Los Angeles, California 90024
(949) 636-1391 (Phone)

*Attorney(s) for Rothschild Patent Imaging, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ROTHSCHILD PATENT IMAGING, LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**CIRCLE 38, INC.,**<br><br>*Defendant*. | **CASE NO. 8:21-cv-01809**<br><br>**JURY TRIAL DEMANDED** |

**COMPLAINT**

Plaintiff Rothschild Patent Imaging LLC ("Plaintiff" and/or "RPI") files this original Complaint against Circle 38, Inc. ("Defendant" and/or "Circle 38") for infringement of United States Patent No. 8,437,797 ("the '797 Patent").

**PARTIES AND JURISDICTION**

1. This is an action for patent infringement under Title 35 of the United States Code. Plaintiff is seeking injunctive relief as well as damages.

2. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes.

3. Plaintiff is a Texas limited liability company having an address at 1 East Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33301.

4. On information and belief, Defendant is a California corporation with a place of business at 1968 S. Coast Hwy, #2844, Laguna Beach, CA 92651. On information and belief, Defendant may be served through its agent, Kayleigh Mills, at the same address.

5. On information and belief, this Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6. On information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in this District.

## VENUE

7. Venue is proper in this District pursuant to 28 U.S.C. § 1400(b) because Defendant is deemed to reside in this District. Alternatively, acts of infringement are occurring in this District and Defendant has a regular and established place of business in this District.

## COUNT I

## (INFRINGEMENT OF UNITED STATES PATENT NO. 8,437,797)

8. Paragraphs 1-7 are incorporated herein.

9. This cause of action arises under the patent laws of the United States and, in particular, under 35 U.S.C. §§ 271, et seq.

10. Plaintiff is the owner by assignment of the '797 Patent with sole rights to enforce the '086 patent and sue infringers.

11. A copy of the '797 Patent, titled "Wireless Image Distribution System and Method," is attached hereto as Exhibit A.

12. The '797 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

13. On information and belief, Defendant has infringed and continues to infringe one or more claims (at least by having its employees, or someone under Defendant's control, test the accused product), including at least Claim 16 of the '797 Patent by making, using, importing, selling, and/or offering for sale network storage systems including hardware, software and firmware, covered by at least Claim 16 of the '797 Patent.

14. On information and belief, Defendant sells, offers to sell, and/or uses network storage systems and methods including, without limitation, the Circle 38 and/or PhotoCircle photo, media, and file storage and sharing system, and any similar products, including hardware, apps, and other software ("Product"), which infringe at least Claim 16 of the '797 Patent.

15. The Product uses an image capturing device to perform a method. The Product receives and filters photographic images from cameras. The Product also shares the images according to certain conditions. Certain aspects of this element are illustrated in the screenshots below, and/or the screenshots provided in connection with other elements discussed herein.

PhotoCircle 4+
Private Photo Sharing
Circle 38
#103 in Photo & Video
★★★★★ 4.9 • 53.3K Ratings
Free · Offers In-App Purchases

Source: https://apps.apple.com/us/app/photocircle/id517539894




Source: https://www.photocircleapp.com/

16. The Product practices receiving a plurality of images. For example, the Product provides for receiving multiple photos from a user device and receiving the photos in a photo library. The Product's app can access captured images (e.g., images stored on a smartphone) and allow a user to transfer the images to other users. Certain aspects of this element are illustrated in the screenshots below, and/or the screenshots provided in connection with other elements discussed herein.




Source: https://play.google.com/store/apps/details?id=com.circle38.photocircle

**How do I use PhotoCircle?**

PhotoCircle is about shared albums with friends. You can create your own shared albums and join albums created by your friends and family.

To create an album, tap the Create button on the main screen. From there, tap the Add Friends button to send a Join Link to friends via email or SMS.

To join a friend's album, have them send you a Join Link via email or SMS. This is available by tapping the Add Friends button inside the album.

To add photos or video, tap the Camera button inside the album.

Source: https://circle38.helpshift.com/a/photocircle/?s=getting-started&f=how-do-i-use-photocircle&p=all




Source: https://www.photocircleapp.com/

17. The Product practices filtering the plurality of photographic images (e.g., sorting the photos) using a transfer criteria (e.g., by person, scene, location, date range, etc.). Certain aspects of this element are illustrated in the screenshots below, and/or the screenshots provided in connection with other elements discussed herein.




Source: https://play.google.com/store/apps/details?id=com.circle38.photocircle

18. The Product practices transmitting, via a wireless transmitter and to a second image capturing device, the filtered plurality of photographic images. For example, files of filtered photos can be shared with other mobile devices. The Product enables a user to search, download, and share photos to a second image capturing device (e.g., another mobile device or a computer). Certain aspects of this element are illustrated in the screenshots below, and/or the screenshots provided in connection with other elements discussed herein.

PhotoCircle
Circle 38 Inc.

Showing permissions for all versions of this app

Wi-Fi connection information

- view Wi-Fi connections

Photos/Media/Files

- modify or delete the contents of your USB storage
- read the contents of your USB storage




Source: https://www.photocircleapp.com/
Source: https://play.google.com/store/apps/details?id=com.circle38.photocircle

To Print via an App on Your Phone:
Save/Export the entire album to your photo library by tapping the option button inside the album and selecting Save/Export. If you only want a select few photos, you can Save/Share them individually. When viewing the photo, tap the Share button on iOS or the option button on Android. You can then open the printing app you downloaded and select your photos from there.

Source: https://circle38.helpshift.com/a/photocircle/?l=en&s=albums-photos&f=how-do-i-print-my-photos&p=all

19. When using the Product to share photos with a group (e.g., social media group or private group), the image capturing device and the second mobile device are disposed in a selectively paired relationship with one another based upon an affinity group associated with the second mobile device (e.g., the users of both devices belong to the same social media group and may send images to each other as well as other users). Certain aspects of this element are illustrated in the screenshots below, and/or the screenshots provided in connection with other elements discussed herein.

**PhotoCircle**
Circle 38 Inc.

Showing permissions for all versions of this app

Wi-Fi connection information
- view Wi-Fi connections

Photos/Media/Files
- modify or delete the contents of your USB storage
- read the contents of your USB storage

Source: https://play.google.com/store/apps/details?id=com.circle38.photocircle

To Print via an App on Your Phone:
Save/Export the entire album to your photo library by tapping the option button inside the album and selecting Save/Export. If you only want a select few photos, you can Save/Share them individually. When viewing the photo, tap the Share button on iOS or the option button on Android. You can then open the printing app you downloaded and select your photos from there.

Source: https://circle38.helpshift.com/a/photocircle/?l=en&s=albums-photos&f=how-do-i-print-my-photos&p=all

**How do I use PhotoCircle?**

PhotoCircle is about shared albums with friends. You can create your own shared albums and join albums created by your friends and family.

To create an album, tap the Create button on the main screen. From there, tap the Add Friends button to send a Join Link to friends via email or SMS.

To join a friend's album, have them send you a Join Link via email or SMS. This is available by tapping the Add Friends button inside the album.

To add photos or video, tap the Camera button inside the album.

Source: https://circle38.helpshift.com/a/photocircle/?s=getting-started&f=how-do-i-use-photocircle&p=all




Source: https://www.photocircleapp.com/

20. Defendant's actions complained of herein will continue unless Defendant is enjoined by this Court.

21. Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

22. Plaintiff is in compliance with 35 U.S.C. § 287.

## JURY DEMAND

23. Under Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff respectfully requests a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff asks the Court to:

(a) Enter judgment for Plaintiff on this Complaint on all causes of action asserted herein;

(b) Enter an Order Enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receive notice of the order from further infringement of United States Patent No. 9,936,086 (or, in the alternative, awarding Plaintiff a running royalty from the time of judgment going forward);

(c) Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

(d) Award Plaintiff pre-judgment and post-judgment interest and costs; and

(e) Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: November 1, 2021

Respectfully submitted,

*/s/ Stephen M. Lobbin*
***Attorney(s) for Plaintiff***